UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATE OF AMERICA,  CASE NO: 8:06-cr-320-T-17 MSS

vs.

RAFAEL PEREZ

_____/

### ORDER TO RELEASE COLLATERAL

This cause is before the Court on Defendant's Motion to Release Collateral (Docket No. 44). The Court being fully advised in the premises finds: 1) That RAFAEL PEREZ is presently in the custody of the Federal Correction Institute, Estill Satellite Camp, in North Carolina; 2) He was sentenced to prison by the Honorable Elizabeth A. Kovachevich in the United States District Court for the Middle District of Florida on April 11, 2007; 3: he pledged his residential home as collateral in order to secure his release from the U.S. Marshall's Office; and 4) the foregoing is based on representations by Dominic J. Baccarella, Attorney for Defendant, RAFAEL PEREZ. It is therefore,

**ORDERED** that the motion to release collateral (Docket No. 44) be **granted** and Mr. Perez's residential home encumbered by the U.S. Marshall's Office is hereby released.

**DONE AND ORDERED** in Chambers, in Tampa, Florida, this 28th day of June, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record